NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**EBATES PERFORMANCE MARKETING, INC., dba Rakuten Rewards,**
*Appellant*

**v.**

**INTERNATIONAL BUSINESS MACHINES CORPORATION,**
*Appellee*

———————————

2024-1648

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01250.

———————————

**ON MOTION**

———————————

**O R D E R**

Upon consideration of appellee's motion to withdraw from the appeal and appellant's motion to voluntarily dismiss this appeal pursuant to Rule 42(b)(2) of the Federal Rules of Appellate Procedure,

2                    EBATES PERFORMANCE MARKETING, INC. v. IBM

IT IS ORDERED THAT:

(1)  The motions are granted to the extent that the appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 11, 2024
       Date

ISSUED AS A MANDATE:  July 11, 2024